

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | IP98-cr-38-04-M/F |
| ) | |
| DENNIS JONES,   ) | |
| Defendant.   ) | |

**DEFENDANT'S MOTION TO**
**REDUCE SENTENCE PURSUANT TO 18 U.S.C. §3582(c)(2)**

Defendant, Dennis Jones, by counsel Juval O. Scott, respectfully supplements Defendant's motion pursuant to 18 U.S.C. §3582(c)(2) and moves the Court to reduce Defendant's sentence of imprisonment, and in support states:

1. Defendant is currently serving a term of imprisonment imposed following his plea of guilty to conspiracy to possess with intent to distribute 50 grams or more of crack cocaine in violation of 21 U.S.C. § 841 (a)(1) and § 846.

2. Defendant was sentenced by this Court on November 15, 2002, to a term of 350 months imprisonment. Defendant's base offense level was 38, increased by two-levels for use of a firearm, for a final offense level of 40, a criminal history level of I (based on 1 criminal history point) and a guideline range of 295-365 months.

3. On November 1, 2007, the guideline range under which Defendant was sentenced was amended and lowered by the U.S. Sentencing Commission, and the amendment was thereafter made retroactive by unanimous vote of the Commission. *See, USSG Appendix C, Amends. 706, 711; USSG §1B1.10.* Defendant filed a motion pursuant to §3582(c)(2) and that motion was denied.

4. On November 1, 2011, the guideline range under which Defendant was sentenced was further lowered by the U.S. Sentencing Commission, and the amendment was thereafter made retroactive by unanimous vote of the Commission. *See, USSG Appendix C, Amend. 750; USSG §1B1.10.* Defendant is eligible for a reduction to his sentence by this retroactive application and in accordance with §3582(c)(2) and USSG §1B1.10.

5. Mr. Jones has worked hard to use his prison time to educate himself in practical areas that he hopes will help him gain employment upon his release. Not only has Mr. Jones completed his high school equivalency degree, but has also completed a 2,000 hour apprenticeship program in office management, a 100 hour course in computer skills, a 200 hour course in building trades, a 24 hour course in commercial driving, and is working towards his certification as a personal fitness trainer and nutrition specialist. In addition to his courses to increase his job skills, Mr. Jones has worked steadily for UNICOR, receives outstanding reviews of his work, and has completed payment of his $5,000 fine and his $200 assessment fee.

Mr. Jones has also worked hard to examine himself and make changes in his life. Since his incarceration Mr. Jones has participated in a victim impact panel, a course examining the impact of his incarceration, and a personal finance course. Additionally, Mr. Jones has worked to combat his addition, completing a 40 hour drug program and he is currently participating in the residential drug treatment program (RDAP). As a part of this focus health, Mr. Jones has participated in a number of fitness and health programs.

At forty-one years of age, Mr. Jones has spent over fourteen years in prison for his crime. During his time in prison, he has embraced a peaceful life, focusing on his education and preparing himself to lead a better life upon his release. He disciplinary record is completely clear save one charge in 2009 for the possession of too many stamps.

6. Mr. Jones is scheduled to be released on January 5, 2023. Mr. Jones amended guideline range is 235-293 months (total offense level of 38 and criminal history level I).

WHEREFORE, Defendant respectfully requests the Court to grant Defendant relief under 18 U.S.C. §3582(c)(2), and to enter an order reducing Defendant's sentence.

Respectfully Submitted,

Juval O. Scott
Indiana Federal Community Defenders
111 Monument Circle, Ste. 752
Indianapolis, IN. 46204-5172
(317) 383-3520
Attorney for Defendant

### CERTIFICATE OF SERVICE

I certify a copy of the foregoing was served upon the United States Attorney's Office by placing a copy of same in the U.S. Mail on January 13, 2012, addressed as follows:

Office of the U.S. Attorney
10 W. Market St.
Indianapolis, IN 46204

Juval O. Scott