# EXHIBIT A

## INMATE SKILLS DEVELOPMENT PLAN          Current Program Review: 08-04-2011



| | | | |
|---|---|---|---|
| **Name:** | JONES, DENNIS | **Institution:** | LEXINGTON FMC<br>3301 LEESTOWN ROAD<br>LEXINGTON, KY 40511 |
| **Register Number:** | 49036-019 | | |
| **Security/Custody:** | LOW/IN | **Telephone:** | (859) 255-6812 |
| **Projected Release:** | 09-25-2023 / GCT REL | **Fax:** | 700-355-7000 |

| | | | |
|---|---|---|---|
| **Next Review Date:** | 01-02-2012 | **Driver's License/State:** | / |
| **Next Custody Review Date:** | 07-07-2012 | **FBI Number:** | 628930LA6 |
| **Age/DOB/Sex:** | 40 / ~~~~~~~~ / M | **SSN:** | ~~~~~~ |
| **CIM Status:** | Y | **DCDC Number:** | |
| | If yes, reconciled: Y | **INS Number:** | |
| | | **PDID Number:** | |
| | | **Other IDs:** | |

| | | | |
|---|---|---|---|
| **Release Residence:** | Dennis Jones, Father<br>~~~~~~~~~~~~ | **Release Employer:** | [Name]<br>[Address]<br>[POC] |
| | | **Contact** | |
| **Telephone:** | | **Telephone:** | |

| | | | |
|---|---|---|---|
| **Primary Emergency Contact:** | Dennis Jones, Father<br>~~~~~~~~~~~ | **Secondary Emergency Contact:** | [POC]<br>[Address] |
| **Telephone:** | | **Telephone:** | |

**Mentor Information:**

| | |
|---|---|
| **Offenses/Violator Offenses:** | Consp. to Poss. WITD 7 Dist. Cocaine / Consp. to Commit Money laundering. / |
| **Sentence/Supervision:** | 350 Months / 5 Years - 3559 PLRA Sentence |
| **Special Parole Term:** | No Special Parole Term |

| Sentence Begin | Time Served/Jail Credit/Inoperative Time | Days Remaining (GCT) | Days FSGT/WSGT/DGCT | Parole Status |
|---|---|---|---|---|
| 12-10-1999 | 139 Months 25 Days /<br>612 Days / Days | 702 / / | / / 0 | Parole Information<br>not applicable |

**Detainers:**          N
**Pending Charges:**     None known

| Financial Responsibility | Impose | Balance | Case No/Court of Jurisdiction | Assgn/Schedule/Payment |
|---|---|---|---|---|
| ASSESSMENT USDC | $200.00 | $0.00 | COJ/COJ OV: FINS DOCKET<br>NO: 1:98CR00038-004 | FINANC<br>RESP-COMPLETED<br>$25.00 QUARTERLY |
| FINE COMMITTED USDC | $5000.00 | $0.00 | COJ/COJ OV: FINS DOCKET<br>NO: 1:98CR00038-004 | |

| | | | |
|---|---|---|---|
| **Financial Plan** | | **Comm Dep-6 mos:** $1528.21 | **Cost of Incarceration** |
| **Active:** N | | **Commissary** | **Fee:** [Choices] |
| **Financial Plan Date:** 03-01-2005 | | **Balance:** $80.95 | |

**Payments**

| | |
|---|---|
| **Commensurate:** | Y |
| **Missed:** | Y / Inmate Jones missed the following FRP payments: 09-05-2003, 12-10-2003, 03-07-2004. |

| | |
|---|---|
| **Judicial Recommendations:** | N/A / NONE / N/A |

| | |
|---|---|
| **Special Conditions of Supervision:** | pay fine. substance abuse treatment and testing. Submit to search of person, vehicle, office/business, residence and property. |

| | | | |
|---|---|---|---|
| **USPO Sentencing:** | Dwight T. Wharton, Chief<br>Indiana Southern Probation Office | **USPO Relocation:** | [POC]<br>[District] |

# INMATE SKILLS DEVELOPMENT PLAN
Name: **JONES, DENNIS**

# PROGRAM REVIEW: 08-04-2011
RegNo: **49036-019**

| | | |
|---|---|---|
| Birch Bayh Federal Building and United States Courthouse | *[Street Address/Suite]* | |
| 46 East Ohio Street Room 101 | *[City], [State] [Zip]* | |
| Indianapolis, IN 46204 | **Phone/Fax:** *[Phone] / [Fax]* | |
| **Phone/Fax:** 317-229-3750 / 317-229-3760 | | |

| Subject to 18 U.S.C. 4042(B) Notification: | Y | DNA Required: | Y - *[Date]* |
|---|---|---|---|
| • Conviction for a drug trafficking crime (federal) | | Subject to Sex Offender Notifications: | *[Y,N,N/A]* |
| | | Treaty Transfer Case: | *[Y,N]* |

**Profile Comments:**

## EDUCATION DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| LEX | GED EARNED | GED EARNED IN BOP | 12-13-2001 | CURRENT |
| LEX | ESL HAS | ENGLISH PROFICIENT | 01-31-2000 | CURRENT |
| LEX | COMP2 1-3 | COMPUTER APPLICATION 1:00-3:00 | 06-02-2011 | CURRENT |

### History

```
-------------------------- EDUCATION INFORMATION --------------------------
    PAGE 001        *              TRANSCRIPT              *       12:39:49

    REGISTER NO: 49036-019    NAME..: JONES              FUNC: DIS
    FORMAT.....: TRANSCRIPT   RSP OF: LEX-LEXINGTON FMC

-------------------------- EDUCATION INFORMATION --------------------------
    FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
    LEX  ESL HAS    ENGLISH PROFICIENT       01-31-2000 1038 CURRENT
    LEX  GED EARNED GED EARNED IN BOP        12-13-2001 1329 CURRENT

--------------------------- EDUCATION COURSES -----------------------------
    SUB-FACL   DESCRIPTION                   START DATE  STOP DATE EVNT AC LV  HRS
    LEX M   COMPUTER APPLICATION 1:00-3:00 06-02-2011 CURRENT
    LEX M   ELECT LAW LIB ORIENTATION      09-01-2010 09-01-2010   P  C  P    2
    LEX M   OFFICE MGR APPRENT.            03-06-2009 03-12-2010   P  C  A  2000
    LEX M   VICTIM IMPACT PANEL            11-17-2009 03-22-2010   P  C  P   10
    LEX M   M-F 8:00-9:00 A.M. (TYPING)    10-05-2009 12-21-2009   P  C  P   40
    LEX M   HEALTH & NUTRITION CLASS       10-13-2009 10-13-2009   P  C  P    1
    LEX M   DIV. CULTURES-JENNINGS TUES 7P 03-10-2009 05-30-2009   P  C  P   11
    LEX M   CORNERSTONES OF FINANCE        04-15-2008 04-15-2008   P  C  P    5
    LEX M   FORWARD THINKING-CHILDRESS     04-15-2008 04-15-2008   P  C  P   PAGE 002
    *                  TRANSCRIPT                 *       12:39:49

    REGISTER NO: 49036-019    NAME..: JONES              FUNC: DIS
    FORMAT.....: TRANSCRIPT   RSP OF: LEX-LEXINGTON FMC

--------------------------- EDUCATION COURSES -----------------------------
    SUB-FACL   DESCRIPTION                   START DATE  STOP DATE EVNT AC LV  HRS
    LEX M   BEG CERAMICS WED 6-8PM/EXT 210 01-24-2007 04-05-2007   P  C  P   34
    LEX M   INCAR.ON BOTH SIDES OF FENCE-W 03-05-2007 03-26-2007   P  C  P    6
    LEX M   BUILDING TRADES-GARRISON 1-3   02-09-2006 07-20-2006   P  C  C  200
    LEX M   CORNERSTONES OF FINANCE        01-11-2006 01-13-2006   P  C  P    5
    LEX M   NUTRITION TUES 2-3P            10-25-2005 10-25-2005   P  C  P    1
    PEK     BASIC LAW - ACE                02-28-2004 04-03-2004   P  C  P   12
    PEK     ACE-CDL INFORMATIONAL          07-01-2003 09-23-2003   P  C  P   24
    LVN     UNICOR GED 0730-0900 A BALL    08-01-2001 11-08-2001   C  W  I    0
    LVN     GED TESTED-AWAITING RESULTS    07-10-2001 08-01-2001   C  W  I    0
    LVN     UNICOR GED 0730-0900 BALL      12-04-2000 07-10-2001   C  W  I    0
    LVN     UNICOR GED 0730-0900 SHOUSE    09-25-2000 12-04-2000   C  W  I    0 PAGE 003 OF
    003 *              TRANSCRIPT                 *       12:39:49

    REGISTER NO: 49036-019    NAME..: JONES              FUNC: DIS
    FORMAT.....: TRANSCRIPT   RSP OF: LEX-LEXINGTON FMC

--------------------------- HIGH TEST SCORES ------------------------------
    TEST      SUBTEST        SCORE    TEST DATE    TEST FACL   FORM    STATE
    ABLE      LANGUAGE        5.6    06-22-2000    LVN
              NUMBER OPR     12.7    06-22-2000    LVN
```

## INMATE SKILLS DEVELOPMENT PLAN
Name: **JONES, DENNIS**

## PROGRAM REVIEW: 08-04-2011
RegNo: **49036-019**

```
             PROB SOLV      9.4     03-21-2000     LVN
             READ COMP     13.0     03-21-2000     LVN
             SPELLING      10.0     03-21-2000     LVN
             VOCABULARY     8.2     02-16-2000     LVN
   GED       AVERAGE       48.0     11-13-2001     LVN          PASS     KS
             LIT/ARTS      51.0     11-13-2001     LVN          AT       KS
             MATH          47.0     11-13-2001     LVN          AT       KS
             SCIENCE       48.0     11-13-2001     LVN          AT       KS
             SOC STUDY     47.0     11-13-2001     LVN          AT       KS
             WRITING       47.0     11-13-2001     LVN          AT       KS



   G0005     TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
   LVN       GED 9:00-10:00 J CRUM            02-22-2000 09-25-2000   C  W  I      05
```

## WORK DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| LEX | PACKING | UNICOR PACKING (416) | 03-25-2011 | CURRENT |

| History |
|---|

```
   PAGE 001         *              WRK DETAIL               *      09:24:11

   REG NO..: 49036-019 NAME....: JONES, DENNIS
   CATEGORY: WRK        FUNCTION: DIS          FORMAT:

   FCL    ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
   LEX    PACKING    UNICOR PACKING  (416)           03-01-2011 0001 CURRENT
   LEX    VACATION   VACATION                        02-22-2011 0001 03-01-2011 0001
   LEX    PACKING    UNICOR PACKING  (416)           09-25-2010 0001 02-22-2011 0001
   LEX    VACATION   VACATION                        09-24-2010 0001 09-25-2010 0001
   LEX    PACKING    UNICOR PACKING  (416)           09-11-2010 0001 09-24-2010 0001
   LEX    VACATION   VACATION                        09-10-2010 0001 09-11-2010 0001
   LEX    PACKING    UNICOR PACKING  (416)           08-14-2010 0001 09-10-2010 0001
   LEX    VACATION   VACATION                        08-13-2010 0001 08-14-2010 0001
   LEX    PACKING    UNICOR PACKING  (416)           07-31-2010 0001 08-13-2010 0001
   LEX    VACATION   VACATION                        07-30-2010 0001 07-31-2010 0001
   LEX    PACKING    UNICOR PACKING  (416)           07-17-2010 0001 07-30-2010 0001
   LEX    VACATION   VACATION                        07-16-2010 0001 07-17-2010 0001
   LEX    PACKING    UNICOR PACKING  (416)           07-03-2010 0001 07-16-2010 0001
   LEX    VACATION   VACATION                        07-02-2010 0001 07-03-2010 0001


   G0002       MORE PAGES TO FOLLOW . . .   PAGE 002       *              WRK DETAIL
   *      09:24:11

   REG NO..: 49036-019 NAME....: JONES, DENNIS
   CATEGORY: WRK        FUNCTION: DIS          FORMAT:

   FCL    ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
   LEX    PACKING    UNICOR PACKING  (416)           06-19-2010 0001 07-02-2010 0001
   LEX    VACATION   VACATION                        06-18-2010 0001 06-19-2010 0001
   LEX    PACKING    UNICOR PACKING  (416)           06-05-2010 0001 06-18-2010 0001
   LEX    VACATION   VACATION                        06-04-2010 0001 06-05-2010 0001
   LEX    PACKING    UNICOR PACKING  (416)           05-08-2010 0001 06-04-2010 0001
   LEX    VACATION   VACATION                        05-07-2010 0001 05-08-2010 0001
   LEX    PACKING    UNICOR PACKING  (416)           04-24-2010 0001 05-07-2010 0001
   LEX    VACATION   VACATION                        04-23-2010 0001 04-24-2010 0001
   LEX    PACKING    UNICOR PACKING  (416)           04-10-2010 0001 04-23-2010 0001
   LEX    VACATION   VACATION                        04-09-2010 0001 04-10-2010 0001
   LEX    PACKING    UNICOR PACKING  (416)           03-26-2010 0001 04-09-2010 0001
   LEX    VACATION   VACATION                        03-24-2010 0001 03-26-2010 0001
   LEX    PACKING    UNICOR PACKING  (416)           03-13-2010 0001 03-24-2010 0001
   LEX    VACATION   VACATION                        03-12-2010 0001 03-13-2010 0001


   G0002       MORE PAGES TO FOLLOW . . .                     PAGE 003       *
   WRK DETAIL                 *      09:24:11

     REG NO..: 49036-019 NAME....: JONES, DENNIS
```

**INMATE SKILLS DEVELOPMENT PLAN**       **PROGRAM REVIEW: 08-04-2011**
Name: **JONES, DENNIS**                                                    RegNo: **49036-019**

```
       CATEGORY: WRK        FUNCTION: DIS        FORMAT:

   FCL    ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
   LEX    PACKING    UNICOR PACKING    (416)        02-09-2010 0001 03-12-2010 0001
   LEX    VACATION   VACATION                       02-04-2010 0001 02-09-2010 0001
   LEX    PACKING    UNICOR PACKING    (416)        01-06-2010 0001 02-04-2010 0001
   LEX    VACATION   VACATION                       01-04-2010 0001 01-06-2010 0001
   LEX    PACKING    UNICOR PACKING    (416)        12-25-2009 0001 01-04-2010 0001
   LEX    VACATION   VACATION                       12-23-2009 0001 12-25-2009 0001
   LEX    PACKING    UNICOR PACKING    (416)        11-28-2009 0001 12-23-2009 0001
   LEX    VACATION   VACATION                       11-25-2009 0001 11-28-2009 0001
   LEX    PACKING    UNICOR PACKING    (416)        01-14-2008 0001 11-25-2009 0001
   LEX    CABLE 9    UNICOR CABLE FACTORY #9 (415)  07-14-2005 0001 01-14-2008 0001
   LEX    UNASSG     UNASSIGNED WORK DETAIL         07-13-2005 0001 07-14-2005 0001
   LEX    DETENTION  INMATES HOUSED IN SHU          07-05-2005 0001 07-13-2005 0001
   LEX    CABLE 9    UNICOR CABLE FACTORY #9 (415)  01-27-2005 0001 07-05-2005 0001
   LEX    PEND MED   INMATES WAITING JOB CLEARANCE  11-20-2004 0001 01-27-2005 0001


   G0002        MORE PAGES TO FOLLOW . . .
```

**DISCIPLINE DATA**

History

```
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1822561 - SANCTIONED INCIDENT DATE/TIME: 01-16-2009 1345
UDC HEARING DATE/TIME: 01-22-2009 1505
FACL/UDC/CHAIRPERSON.: LEX/YOU GP/PITT
REPORT REMARKS.......: INMATE ADMITTED TO POSSESSION OF THE STAMPS.
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP COMM   / 180 DAYS / CS
        COMP:   LAW:    INCIDENT REPORT TRUE AS WRITTEN.
```

**MOVEMENT DATA**

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| LEX | A-DES | DESIGNATED, AT ASSIGNED FACIL | 11-12-2004 | CURRENT |

History

```
   FCL    ASSIGNMENT DESCRIPTION             START DATE/TIME STOP  DATE/TIME
   LEX    A-DES      DESIGNATED, AT ASSIGNED FACIL  11-12-2004 1443 CURRENT
   A01    RELEASE    RELEASED FROM IN-TRANSIT FACL  11-12-2004 1443 11-12-2004 1443
   A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-12-2004 0910 11-12-2004 1443
   OKL    HLD REMOVE HOLDOVER REMOVED               11-12-2004 0810 11-12-2004 0810
   OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  10-28-2004 1720 11-12-2004 0810
   A01    RELEASE    RELEASED FROM IN-TRANSIT FACL  10-28-2004 1820 10-28-2004 1820
   A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-28-2004 0825 10-28-2004 1820
   PEK    TRANSFER   TRANSFER                       10-28-2004 0725 10-28-2004 0725
   PEK    A-DES      DESIGNATED, AT ASSIGNED FACIL  03-05-2003 1838 10-28-2004 0725
   A02    RELEASE    RELEASED FROM IN-TRANSIT FACL  03-05-2003 1938 03-05-2003 1938
   A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-05-2003 1030 03-05-2003 1938
   OKL    HLD REMOVE HOLDOVER REMOVED               03-05-2003 0930 03-05-2003 0930
   OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  02-27-2003 1415 03-05-2003 0930
   S08    RELEASE    RELEASED FROM IN-TRANSIT FACL  02-27-2003 1515 02-27-2003 1515
   FCL    ASSIGNMENT DESCRIPTION             START DATE/TIME STOP  DATE/TIME
   S08    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-27-2003 0834 02-27-2003 1515
   LVN    TRANSFER   TRANSFER                       02-27-2003 0734 02-27-2003 0734
   LVN    A-DES      DESIGNATED, AT ASSIGNED FACIL  12-13-2002 1647 02-27-2003 0734
   A01    RELEASE    RELEASED FROM IN-TRANSIT FACL  12-13-2002 1747 12-13-2002 1747
   A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-13-2002 1000 12-13-2002 1747
   OKL    HLD REMOVE HOLDOVER REMOVED               12-13-2002 0900 12-13-2002 0900
   OKL    A-HLD      HOLDOVER, TEMPORARILY HOUSED   12-12-2002 1840 12-13-2002 0900
   I-T    RELEASE    RELEASED FROM IN-TRANSIT FACL  12-12-2002 1940 12-12-2002 1940
   I-T    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-16-2002 0530 12-12-2002 1940
   A02    RELEASE    RELEASED FROM IN-TRANSIT FACL  11-16-2002 0530 11-16-2002 0530
   A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-15-2002 0720 11-16-2002 0530
   THA    HLD REMOVE HOLDOVER REMOVED               11-15-2002 0720 11-15-2002 0720
   THA    A-HLD      HOLDOVER, TEMPORARILY HOUSED   11-01-2002 1158 11-15-2002 0720
```

# INMATE SKILLS DEVELOPMENT PLAN
### Name: JONES, DENNIS

## PROGRAM REVIEW: 08-04-2011
#### RegNo: 49036-019

```
A02    RELEASE     RELEASED FROM IN-TRANSIT FACL  11-01-2002 1158 11-01-2002 1158
FCL    ASSIGNMENT  DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
A02    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 11-01-2002 0930 11-01-2002 1158
OKL    HLD REMOVE  HOLDOVER REMOVED               11-01-2002 0830 11-01-2002 0830
OKL    A-HLD       HOLDOVER, TEMPORARILY HOUSED   10-24-2002 1805 11-01-2002 0830
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL  10-24-2002 1905 10-24-2002 1905
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-24-2002 1555 10-24-2002 1905
LVN    FED WRIT    RELEASE ON FEDERAL WRIT        10-24-2002 1455 12-13-2002 1647
LVN    A-DES       DESIGNATED, AT ASSIGNED FACIL  01-13-2000 1635 10-24-2002 1455
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL  01-13-2000 1735 01-13-2000 1735
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 01-13-2000 0920 01-13-2000 1735
OKL    HLD REMOVE  HOLDOVER REMOVED               01-13-2000 0820 01-13-2000 0820
OKL    A-HLD       HOLDOVER, TEMPORARILY HOUSED   01-12-2000 1630 01-13-2000 0820
O-U    RELEASE     RELEASED FROM IN-TRANSIT FACL  01-12-2000 1730 01-12-2000 1730
O-U    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 12-30-1999 1125 01-12-2000 1730
CCN    ADMIN REL   ADMINISTRATIVE RELEASE         12-30-1999 1125 12-30-1999 1125
FCL    ASSIGNMENT  DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
CCN    A-ADMIN     ADMINISTRATIVE ADMISSION       12-30-1999 1123 12-30-1999 1125
O-U    RELEASE     RELEASED FROM IN-TRANSIT FACL  12-30-1999 1123 12-30-1999 1123
O-U    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 12-29-1999 1653 12-30-1999 1123
CCN    ADMIN REL   ADMINISTRATIVE RELEASE         12-29-1999 1653 12-29-1999 1653
CCN    A-ADMIN     ADMINISTRATIVE ADMISSION       12-29-1999 1435 12-29-1999 1653
CCN    UNCOMT RMV  UNCOMMITTED CASE REMOVED       10-29-1999 1436 12-29-1999 1435
CCN    A-UNCOMMIT  UNCOMMITTED PERSON             10-29-1999 1432 10-29-1999 1436
P98    RELEASE 10  RELEASED FROM IN-TRANSIT, OCT  10-29-1999 1432 10-29-1999 1432
P98    A-ADMIT 09  ADMITTED TO IN-TRANSIT, SEP    09-05-1998 0530 10-29-1999 1432
O-U    RELEASE     RELEASED FROM IN-TRANSIT FACL  09-05-1998 0530 09-05-1998 0530
O-U    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 05-08-1998 1143 09-05-1998 0530
CCN    ADMIN REL   ADMINISTRATIVE RELEASE         05-08-1998 1143 05-08-1998 1143
CCN    A-ADMIN     ADMINISTRATIVE ADMISSION       05-08-1998 0906 05-08-1998 1143
4-L    RELEASE     RELEASED FROM IN-TRANSIT FACL  05-08-1998 0906 05-08-1998 0906
FCL    ASSIGNMENT  DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
4-L    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 04-24-1998 0409 05-08-1998 0906
RCH    TRANSFER    TRANSFER                       04-24-1998 0309 04-24-1998 0309
RCH    A-HLD       HOLDOVER, TEMPORARILY HOUSED   04-23-1998 2300 04-24-1998 0309
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL  04-24-1998 0000 04-24-1998 0000
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 04-23-1998 0915 04-24-1998 0000
OKL    HLD REMOVE  HOLDOVER REMOVED               04-23-1998 0815 04-23-1998 0815
OKL    A-HLD       HOLDOVER, TEMPORARILY HOUSED   04-22-1998 1800 04-23-1998 0815
```

## CASE MANAGEMENT ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|----------|------------|-------------|------------|-----------|
| LEX | RPP NEEDS | RELEASE PREP PGM NEEDS | 09-05-2021 | CURRENT |
| LEX | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 03-13-2014 | CURRENT |
| LEX | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 01-25-2003 | CURRENT |

## MEDICAL DUTY STATUS ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|----------|------------|-------------|------------|-----------|
| LEX | YES F/S | CLEARED FOR FOOD SERVICE | 12-02-2004 | CURRENT |
| LEX | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 02-01-2000 | CURRENT |

# INMATE SKILLS DEVELOPMENT PLAN
Name: **JONES, DENNIS**

**PROGRAM REVIEW: 08-04-2011**
RegNo: **49036-019**

## ACADEMIC

| Status | Response Summary |
|---|---|
|  | **INTELLECTUAL FUNCTIONING**<br>⊕ no intellectual deficits<br>① has NOT attended special education classes |
|  | **LITERACY**<br>⊕ GED obtained<br>① obtained through BOP |
|  | **LANGUAGE**<br>⊕ fluent in English as primary language |
|  | **COMPUTER SKILLS**<br>⊖ lacks keyboarding skills<br>⊖ lacks word processing skills<br>⊖ lacks internet navigation skills |

| Progress and Goals |
|---|
| **Previous TEAM 02-11-2011**<br><br>Inmate has positive history of participation in education programs. It is recommended he continue to enroll and complete other VT Programs such as Horticulture, or Computer Applications.<br>**Current TEAM**<br><br>Inmate is currently enrolled in VT Computer Applications. He should continue to enroll and complete education courses. |

## VOCATIONAL/CAREER

| Status | Response Summary |
|---|---|
|  | **EMPLOYMENT HISTORY**<br>① unemployed at time of arrest<br>⊖ no consistent history of employment 5 years prior to incarceration<br>① sporadic history of employment (frequent, non-promotional job changes) |
|  | **CAREER DEVELOPMENT**<br>⊖ does not possess significant expertise in field<br><br>⊖ no realistic career/job goals upon release |
|  | **INSTITUTION WORK HISTORY**<br>⊕ has a consistent institution work history<br>   Eval: 08-01-2011 Outstanding<br>   Eval: 07-01-2011 Outstanding<br>   Eval: 06-01-2011 Outstanding<br>   Eval: 05-01-2011 Outstanding<br>   Eval: 04-01-2011 Outstanding<br>   Eval: 03-01-2011 Outstanding |
|  | **POST INCARCERATION EMPLOYMENT**<br>⊖ post-incarceration employment not secured<br>① unable to locate employment |

# INMATE SKILLS DEVELOPMENT PLAN
Name: JONES, DENNIS

**PROGRAM REVIEW: 08-04-2011**
RegNo: **49036-019**

## VOCATIONAL/CAREER

| |
|---|
| ⊖ no release documents obtained to date |

**Progress and Goals**

Previous TEAM 02-11-2011

Current TEAM

## INTERPERSONAL

| Status | Response Summary |
|---|---|
| ✓ | **RELATIONSHIPS** |
| | ⊕ no adverse life experiences |
| | ⊕ no negative peer influences prior to incarceration |
| ? | **FAMILY TIES/SUPPORT SYSTEM** |
| ⊘ | **PARENTAL RESPONSIBILITY** |
| | ① no children under the age of 21 |
| | ① no children under the age of 21 financially responsible for |
| | ① RRC (MINT) Placement is not applicable |
| ✓ | **COMMUNICATION** |
| | ⊕ displays good communication skills |

**Progress and Goals**

Previous TEAM 02-11-2011

PROGRESS: DID ~~NOT~~ COMPLETE A COUNSELING OR PSYCHOLOGY COURSE *have my certificate*

COMPLETE ANY COUNSELING CLASS BY 5/1/11

**Current TEAM**

PROGRESS: DID NOT COMPLETE A COUNSELING CLASS

COMPLETE "LIFE" OR "PLANET EARTH" COUNSELING CLASS BY 12/20/11

# INMATE SKILLS DEVELOPMENT PLAN
Name: **JONES, DENNIS**

**PROGRAM REVIEW: 08-04-2011**
RegNo: **49036-019**

## WELLNESS

| Status | Response Summary |
|---|---|
| ⓵ | **HEALTH PROMO/DISEASE PREVENT**<br><br>⊖ overweight<br>① height 5 ft. 9 in.<br>① weight (lbs) 171<br>① BMI Score 25.2<br>① date calculated 06-20-2009<br><br>⊕ maintains physical fitness thru regular exercise;<br>① aerobic exercise<br>① anaerobic or isometric exercise<br><br>⊖ evidence of behaviors associated with increased risk of infectious disease<br>① unprotected promiscuous sexual activity<br>① tattoo, body piercing (in unsanitary settings)<br><br>⊕ does not use tobacco (cigarettes, cigars, and/or smokeless tobacco)<br><br>⊖ did not have a primary care provider or clinic (prior to incarceration)<br>⊖ does not have health insurance coverage upon release |
| ✓ | **DISEASE/ILLNESS MANAGEMENT**<br>⊕ complies with treatment recommendations and/or takes medications as prescribed, or none required<br><br>⊕ healthy - No current health concerns<br>⊕ no dental problems<br>⊕ no non-routine services/assistance devices needed |
| ❓ | **TRANSITIONAL PLAN** |
| ❓ | **GOVERNMENT ASSISTANCE** |

| Progress and Goals |
|---|
| **Previous TEAM 02-11-2011**<br><br>**Current TEAM**<br><br>Needs to eat a healthy diet and exercise. Don't smoke or take illegal drugs. |

## MENTAL HEALTH

| Status | Response Summary |
|---|---|
| ⓵ | **SUBSTANCE ABUSE MANAGEMENT**<br>① no evidence of inappropriate use of alcohol, prescription medications and/or illegal drugs in the year prior to arrest<br><br>⊖ no history of substance abuse treatment<br>① not currently participating in substance abuse treatment |
| ✓ | **MENTAL ILLNESS MANAGEMENT**<br>⊕ no history of mental health diagnosis prior to incarceration |

# INMATE SKILLS DEVELOPMENT PLAN
Name: JONES, DENNIS

**PROGRAM REVIEW: 08-04-2011**
RegNo: 49036-019

## MENTAL HEALTH

|  |  |
|---|---|
|  | ⊕ no mental health diagnosis during incarceration |
|  | ⊕ no history of serious suicidal ideation or attempts |
|  | **TRANSITIONAL PLAN**<br>⊕ no medication required upon release from custody<br>⊕ does not require on-going treatment after release from custody<br>⊕ psychology services recommends RRC placement |
|  | **APPROPRIATE SEXUAL BEHAVIOR** |

| Progress and Goals |
|---|
| **Previous TEAM 02-11-2011**<br><br>**Current TEAM** |

## COGNITIVE

| Status | Response Summary |
|---|---|
|  | **GENERAL BEHAVIOR**<br>⊕ no evidence of behavioral problems as a juvenile<br><br>⊖ evidence of behavioral problems as an adult<br>① 300 series incident reports |
| ! | **CRIMINAL HISTORY**<br>⊖ two or more convictions<br>   drug offenses: Single occurrence(s)<br>   other (CRIMINAL TRESSPASSING): Single occurrence(s)<br>   other (DRIVING WHILE LICENSE SUSPENDED): Single occurrence(s) |
|  | **DOMESTIC VIOLENCE/ABUSE**<br>⊕ no history of domestic violence or abuse |
| ! | **CRIMINAL BEHAVIOR**<br>⊕ no onset of criminal behavior before the age of 14<br>⊖ criminal versatility: convictions in 3 or more categories<br>⊕ no significant history of violence: Less than 2 violent convictions |

| Progress and Goals |
|---|
| **Previous TEAM 02-11-2011**<br><br>PROGRESS: DID NOT COMPLETE AN ACE CLASS<br><br>COMPLETE AN ACE CLASS BY 8/1/11<br>**Current TEAM**<br><br>PROGRESS: DID NOT COMPLETE AN ACE CLASS<br><br>COMPLETE SPANISH ACE CLASS OR ANOTHER OF YOUR CHOICE BY 1/31/12 |

## INMATE SKILLS DEVELOPMENT PLAN
Name: **JONES, DENNIS**

### PROGRAM REVIEW: 08-04-2011
RegNo: **49036-019**

## CHARACTER

| Status | Response Summary |
|---|---|
| ⓘ | **PERSONAL CHARACTER**<br><br>⊖ insufficient variety of behaviors to warrant overall positive personal character<br>⊕ active participation in social/civic (provides assistance to others) organization<br>⊕ evidence of spirituality<br>   talks to a friend or mentor about spiritual/religious issues: Sometimes<br>   active participation in a faith group: Sometimes<br>   connected to outside spiritual/religious community: Never<br>   examines actions to see if they reflect values: Always<br>   finds meaning in times of hardship: Always<br>⊕ assistance to strangers without expectation of reward<br>⊕ fulfills financial obligations<br>ⓘ religious assignment: PROTESTANT<br><br>⊕ no evidence easily influenced by other |
| ✓ | **PERSONAL RESPONSIBILITY**<br><br>ⓘ reports responsibility for current incarceration as:<br>⊕ self (sole responsibility)<br><br>⊕ made efforts to make amends for their crime(s)<br>⊕ assist community efforts to restore areas affected by their type of crime(s)<br>⊕ advocates to deter future crimes related to their crime(s) |
| | **Progress and Goals** |
| | **Previous TEAM 02-11-2011**<br><br>PROGRESS: N/A - NO GOALS SET<br><br>COMPLETED ELECTRICAL LAW LIBRARY ORIENTATION COURSE<br>NO NEW GOALS SET<br>**Current TEAM**<br><br>PROGRESS: N/A/ - NO GOALS SET<br><br>ENROLLED IN COMPUTER APPLICATION; COMPLETE BY 12/31/11 |

## LEISURE

| Status | Response Summary |
|---|---|
| ✓ | **USE OF LEISURE TIME**<br><br>⊕ activities indicative of positive use of leisure time;<br>⊕ family time<br>⊕ sports/exercise<br>⊕ movies/television/music<br>⊕ reading<br>⊕ hobbies (includes hunting, fishing, etc.) |
| | **Progress and Goals** |
| | **Previous TEAM 02-11-2011**<br><br>**Current TEAM** |



# INMATE SKILLS DEVELOPMENT PLAN

**PROGRAM REVIEW: 08-04-2011**

Name: **JONES, DENNIS**

RegNo: **49036-019**

## DAILY LIVING

| Status | Response Summary |
|---|---|
| ⓘ | **FINANCIAL MANAGEMENT**<br>⊖ no knowledge in maintaining checking account<br>⊖ no knowledge in maintaining savings account<br>⊕ knowledge in utilizing an ATM debit card<br>⊕ knowledge in obtaining loans<br>⊕ has an established positive credit history<br>⊕ lived within financial means<br>⊕ pays monthly bills on time |
| ⓘ | **FOOD MANAGEMENT**<br>⊕ possesses grocery shopping/consumer skills<br>⊕ makes good nutritional choices to maintain health<br>⊕ possesses basic food preparation skills<br>⊖ no knowledge in accessing community resources to obtain food |
| ✓ | **PERSONAL HYGIENE/SANITATION**<br>⊕ good personal hygiene and sanitation<br>① quarters assignment: HOUSE Y/RANGE 02/BED 113L |
| ⓘ | **TRANSPORTATION**<br>⊖ does not have valid driver's license<br>⊖ Outstanding motor vehicle violations<br><br>⊖ does not own personal vehicle with appropriate insurance<br>⊖ does not possess public transportation skills and/or does not have access to public transportation |
| ⓘ | **IDENTIFICATION**<br>⊕ has photo identification<br>⊖ does not have birth certificate<br>⊕ has social security card |
| ✓ | **HOUSING**<br>⊕ established housing year prior to incarceration<br>① established housing: paid rent<br>① established housing: lived with friend<br>① established housing: non-publicly assisted<br>⊕ established housing not in a high crime neighborhood<br><br>⊕ housing upon release<br>① supervision district is not a relocation<br>① not applicable - anticipated housing plan approved by USPO(s)<br>① other: AFFORDABLE PLACE TO LEAVE AND FINANCIAL ASSISTANCE FOR SECURITY DEPOSIT AND FIRST MONTH'S RENT |
| ❓ | **RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT**<br>⊖ not recommended for RRC placement |
| ❓ | **FAMILY CARE**<br>⊕ not responsible for obtaining child care for any dependent children upon release<br>⊕ not responsible for obtaining elder care for any dependent(s) upon release |

## INMATE SKILLS DEVELOPMENT PLAN
Name: **JONES, DENNIS**

## PROGRAM REVIEW: 08-04-2011
RegNo: **49036-019**

### DAILY LIVING

| Progress and Goals |
|---|
| **Previous TEAM 02-11-2011** |
| PROGRESS: DID NOT COMPLETE COMPUTER APPLICATION |
| COMPLETE COMPUTER APPLICATIION CLASS BY 8/31/11 **Current TEAM** |
| PROGRESS: ENROLLED IN COMPUTER APPLICATION (ADRESSED IN PREVIOUS PLAN) |
| COMPLETE REAL ESTATE ACE COURSE BY 1/31/12 |

# INMATE SKILLS DEVELOPMENT PLAN
Name: **JONES, DENNIS**

## PROGRAM REVIEW: 08-04-2011
RegNo: **49036-019**

## INMATE SKILLS STATUS

| Status | Initial Assessment 09-03-2009 | Previous Assessment 02-11-2011 | Current Assessment 08-04-2011 |
|---|---|---|---|
| Attention Required | 27.8% | 28.9% | 28.9% |
| Mitigating Issues | 0% | 0% | 0% |
| Unanswered | 22.2% | 13.9% | 13.9% |
| Satisfactory | 48.9% | 54.4% | 54.4% |
| Not Applicable | 1.1% | 2.8% | 2.8% |

| Skill Area | Attention Required | Mitigating Issues | Unanswered | Satisfactory | Not Applicable |
|---|---|---|---|---|---|
| Academic | 5% | 0% | 0% | 95% | 0% |
| Vocational/Career | 75% | 0% | 0% | 25% | 0% |
| Interpersonal | 0% | 0% | 40% | 50% | 10% |
| Wellness | 15% | 0% | 45% | 40% | 0% |
| Mental Health | 10% | 0% | 25% | 50% | 15% |
| Cognitive | 75% | 0% | 0% | 25% | 0% |
| Character | 20% | 0% | 0% | 80% | 0% |
| Leisure | 0% | 0% | 0% | 100% | 0% |
| Daily Living | 60% | 0% | 15% | 25% | 0% |

# Unofficial Report of Test Results
## Tests of General Educational Development

### The General Educational Development Testing Service
### of the American Council on Education

**ged**

49036-019
A02-146C
FURN 3

12-12-01 14:36 RCVD

**Examinee:**

JONES III, DENNIS
PO BOX 1000
LEAVENWORTH, KS  66048

| | |
|---|---|
| **Date of Birth:** ▓▓▓▓ | **Test Format:** English Print |
| **Social Security Number:** ▓▓▓▓ | **Date Scored:** 12/07/2001 |
| | **Date Reported:** 12/09/2001 |

**Tested at:**  9000190292
LEAVENWORTH USP
SUPERVISOR OF EDUCATION
1300 METROPOLITAN AVENUE
LEAVENWORTH, KS  66048

**Reported to:**  KANSAS
Patricia M. Anderson
Kansas State Administrator
ADULT EDUCATION-STATE BOARD OF
EDUCATION
700 SW Harrison Suite 1410
TOPEKA, KS  66603-3760

| | | Test Date | Form | Standard Score | Percentile Rank |
|---|---|---|---|---|---|
| Test 1: | Writing Skills | 11/13/2001 | AT | 47 | 41 |
| Test 2: | Social Studies | 11/13/2001 | AT | 47 | 42 |
| Test 3: | Science | 11/13/2001 | AT | 48 | 45 |
| Test 4: | Interpreting Literature and the Arts | 11/13/2001 | AT | 51 | 59 |
| Test 5: | Mathematics | 11/13/2001 | AT | 47 | 33 |

The scores on this report are the *highest* scores achieved by the examinee and not necessarily the most recent. If the latest scores are lower than scores previously achieved, the retest scores are not reported.

**Total Standard Score:** 240
**Avg. Standard Score:** 48

**PASS**

**Signature of Chief Examiner:** _[signature]_

Copies of this report may be obtained from the GED Testing Service.
One Dupont Circle NW  Washington, DC 20036-1163   (202) 939-9490

GEDR0101

# The United States Department of Labor

## Office of Apprenticeship

## Certificate of Completion of Apprenticeship

*This is to certify that*

**Dennis Jones**

*has completed an apprenticeship for the occupation*

**Office Manager/Administrative Services**

*under the sponsorship of*

**Federal Medical Center Lexington**
**Lexington, Kentucky**

*in accordance with the basic standards of apprenticeship*
*established by the Secretary of Labor*

Secretary of Labor

Administrator, Office of Apprenticeship

*Date Completed* March 12, 2010



# Certificate Of Completion

## This certificate presented to

## DENNIS JONES

### For 200 hours of participation in

## Building Trades

Issued this 20th day of July, 2006
At the Federal Medical Center, Lexington, Kentucky

Shane Bullock, Supervisor of Education

Brent Garrison, VT Instructor

Accredited by the Council on Occupational Education

# Certificate of Completion

This certificate is presented

## Dennis Jones

for completion of

## Informational CDL

inmate taught continuing education class

consisting of 24 hours of instruction

on this 23rd day of September, 2003

Federal Correctional Institution



_____
H. Kong, ACE Coordinator

_____
William Creek, SOC



# Certificate of Completion

This Certificate Presented To

*Dennis Jones*

for  100  hours of participation in

## Computer Applications

Presented this 30th day of September, 2011, at The Federal Medical Center, Lexington, KY.

Jeffery Hammond, Supervisor of Education

Catherine Leslie, VT  Instructor

Accredited by the Council on Occupational Education

# Certificate

**DENNIS JONES   RN#49036-019**

has successfully completed the

*Lift Truck Safety Course*

Company Name: **UNICOR – Federal Prison Industries**

Company Representative: **Mr. R. Price, Foreman**

Instructor: **Mr. R. Price Foreman**

Type of Equipment: **Electric Motor Forklift, & Low Lift Pallet Walkie**

Date of Completion: **6 AUGUST 2008**



Electric Motor
Counterbalance
Rider, Cushion
Tire, Sit down

Electric Motor
Narrow Aisle
Reach Truck

Electric Motor
Narrow Aisle
Order Picker

 

Low Lift Walkie/
Center Control
Rider Pallet and
End control

Low Lift Walkie/
Rider Pallet and
End Control

Low Lift Walkie/
Center Control

Tow
Tractor

 

Internal Combustion
Counterbalance,
Cushion Tire

Internal Combustion
Counterbalance,
Pneumatic Tire



# Certificate of Completion

This certificate is presented to

## Dennis Jones

For completion of

## Basic Law and Legal Research

Inmate taught continuing education class

Consisting of 12 hours of instruction

On this 31st day of March, 2004

Federal Correctional Institution

Pekin, IL

A. Konz, ACE Coordinator

William Creek, SOE

*Psychology Services and the Drug Abuse Program*

# Certificate of Completion

**This Certifies That**

## Dennis Jones

**Reg. No. 49036-019**

*has successfully completed the Drug Education Program presented at the Federal Medical Center, U. S. Bureau of Prisons, Lexington, Kentucky, this the twentieth day of April, 2009*

Shondra New, B.S.
Psychology Student

Kristen Hungness, Psy. D.
DAP Coordinator



U.S. Department Of Justice

Federal Bureau of Prisons

FMC Lexington

Lexington, Kentucky

This is to certify that

*Dennis Jones*

satisfactorily completed

*Victim Impact Panel*

JoHanna Hall, Asst. CMC

PSYCHOLOGY SERVICES

# CERTIFICATE OF COMPLETION

*This Certifies That*

## Dennis Jones

*is awarded this certificate for successful completion of the*
*"Incarceration on Both Sides of the Fence" class presented at the*
*Federal Medical Center, Lexington, Kentucky*

**February 9,2007**

Sigmund Wooldridge, Counselor

Antaeus Unit



**HEALTH CARE UNIT BASED GROUP**

**CERTIFICATE OF COMPLETION**

Dennis Jones

49036-019

is awarded this Certificate for successful completion of the

Forward Thinking/Cornerstones of Finance

Presented at F.M.C. Lexington, Kentucky

This 9th day of April, 2008

CORRECTIONAL COUNSELOR

# Certificate of Completion

This certifies that Mr. Dennis Jones has satisfactorily completed the Twelve Week Ceramic Class at FMC Lexington, KY.

This certificate is hereby issued this 3rd day of April, 2007.

Diane Walker, Rec. Spec

Thomas Smith, S.O.R.

# Certificate of Completion

This Certifies that

## D. Jones

of

FMC Lexington

Has Completed the Unit Ironman
During the 2006 Recreation Fitness Week
On August 1, 2006

F. Jackson, Recreation Specialist



T. Smith, Supervisor of Recreation

# Certificate of Completion

This Certifies that

## Dennis Jones

of

FMC Lexington

Has Completed 300 Miles
In Walking for Wellness
On December 1, 2006

T. Smith, Supervisor of Recreation

E. Dieffenbach, Recreation Specialist

# Certificate of Completion

This Certifies that

## Dennis Jones

of

FMC Lexington

Has Completed
The Jump Rope Class
August 2007



T. Smith, Supervisor of Recreation

E. Dieffenbach, Recreation Specialist

# Certificate of Completion

This Certifies that

## DENNIS JONES

49036-019

FMC Lexington

Has Completed   300   Miles
In Walking For Wellness
ON   **MARCH 2011**





J. O'DONNELL, Supervisor of Recreation

T. PEARSON, Recreation Specialist